UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21893-CIV-HOEVELER/GARBER

MICHAEL CHOW known as "MR. CHOW",
MR CHOW ENTERPRISES, LTD, a California
Limited Partnership, MC MIAMI ENTERPRISES, LLC,
a Florida Limited Liability Company,
MC TRIBECA, LLC, a New York Limited Liability
Company, and TC VENTURES, INC., a
New York Corporation,

    Plaintiffs,

v.

CHAK YAM CHAU, STRATIS MORFOGEN,
PHILIPPE MIAMI LLC, a Florida Limited Liability
Company, PHILIPPE NORTH AMERICA
RESTAURANTS, LLC, a New York Limited Liability
Company, PHILIPPE RESTAURANT CORP.,
a New York Corporation,

    Defendants.
_____/

## PLAINTIFFS' *UNOPPOSED* MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, WITH INCORPORATED MEMORANDUM IN SUPPORT

Pursuant to Fed. R. Civ. P. 15 and Local Rule 15.1, Plaintiffs hereby move for leave to file their Second Amended Complaint, attached at Exhibit A to this Motion. Defendants do not oppose the filing of this Second Amended Complaint, according to the following conditions and for the following reasons.

1.     Plaintiffs filed their First Amended Complaint in this action on July 29, 2009, pursuant to Fed. R. Civ. P. 15(a), Plaintiffs were permitted to file their First Amended Complaint, amending their pleading as a matter of course, without leave of Court or written consent from Defendants.

2. On September 24, 2009, Michael Chow and Mr Chow Enterprises, Ltd, filed an action in the Superior Court of the State of California, County of Los Angeles, against Philippe West Coast LLC, a California entity, and others, Case No. BC 422447, alleging unfair competition, false advertising, Lanham Act violations, tradename infringement, and tortious interference arising from certain of the same transactions and occurrences alleged in this action as well as additional acts.

3. In the interest of judicial economy and to avoid the time, expense and effort of litigating issues in more than one forum, Defendants Philippe West Coast LLC, Costin Dumitrescu and Manny Hailey, through their counsel also representing the Defendants in this action, have stipulated to personal jurisdiction and venue in this Court and further have agreed not to oppose the filing of the attached Second Amended Complaint to consolidate the claims in the California action into the above-captioned action so that the entire matter may be litigated in this Court.  Plaintiffs in turn have agreed upon the filing of this Agreed Motion for Leave to File Second Amended Complaint to dismiss the California action without prejudice.

4. As to certain additional claims and Defendants (Yao Wu Fang, Sun Chun Hui, Mark Cheng and Ping Ching Kwok) in the attached Second Amended Complaint not contained in the Florida or California action, Plaintiffs respectfully move for leave to add such additional claims and Defendants in the interest of judicial economy, and to avoid the time, expense of litigating these related matters in another action.  The existing Defendants in this Florida action through undersigned counsel do not oppose the filing of the additional claims and the addition of Defendants Yao Wu Fang, Sun Chun Hui, Mark Cheng and Ping Ching Kwok, as part of the Second Amended Complaint, however counsel for the existing Defendants in the Florida action

does not have authority to make any representations on behalf of proposed Defendants Yao Wu Fang, Sun Chun Hui, Mark Cheng and Ping Ching Kwok.

WHEREFORE, Plaintiffs moves this Court through this Agreed Motion for Leave to File the attached Second Amended Complaint.

Dated:  November 18, 2009.

Respectfully submitted,

>MORGAN, LEWIS & BOCKIUS LLP
>JOAN M. CANNY, ESQ.
>Fla. Bar No. 0492531
>jcanny@morganlewis.com
>*Attorneys for Plaintiffs*
>200 South Biscayne Boulevard
>5300 Wachovia Financial Center
>Miami, FL  33131-2339
>Telephone:     (305) 415-3422
>Facsimile:      (305) 415-3001
>
>By: *s/Joan M. Canny*
>
>
>GREENBERG GLUSKER FIELDS
>CLAMAN & MACHTINGER LLP
>BERTRAM FIELDS, ESQ.
>(Admitted *pro hac vice*)
>bfields@greenbergglusker.com
>1900 Avenue of the Stars, 21st Floor
>Los Angeles, CA  90067-4590
>Telephone:     (310) 553-3610
>Facsimile:      (310) 553-0687
>
>
>PERETZ CHESAL & HERRMANN, P.L.
>MICHAEL B. CHESAL, ESQ.
>Fla. Bar No. 775398
>mchesal@pc-iplaw.com
>201 South Biscayne Boulevard
>Suite 1750
>Miami, FL  33131
>Telephone:     (305) 341-3000
>Facsimile:      (305) 371-6807

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I HEREBY CERTIFY that on this 18th day of November, 2009, I filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

*s/Joan M. Canny*
Joan M. Canny

**SERVICE LIST**

**Michael Chow, et. al. v. Chak Yam Chau, et. al.**

**Case No.: CASE NO. 09-21893-CIV-HOEVELER/GARBER**
**United States District Court, Southern District of Florida**

Lyle E. Shapiro, Esq.
lshapiro@richmangreer.com
Mark A. Romance, Esq.
mromance@richmangreer.com
Ethan J. Wall, Esq.
ewall@richmangreer.com
RICHMAN GREER P.A.
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone:     (305) 373-4000
Facsimile:      (305) 373-4099

*Attorneys for Defendants Chak Yam Chau,*
*Stratis Morfogen, PHILIPPE MIAMI LLC,*
*PHILIPPE NORTH AMERICA RESTAURANTS,*
*LLC, and PHILIPPE RESTAURANT CORP.*
**(VIA CM/ECF)**

Greg M. Herskowitz, Esq.
greg@pinecresttitle.com
GREG HERSKOWITZ, P.A.
9130 South Dadeland Boulevard
PH1A
Miami, Florida  33156
Telephone:     (305) 423-1258
Facsimile:      (305) 670-3884

*Attorneys for Defendants Chak Yam Chau,*
*Stratis Morfogen, PHILIPPE MIAMI LLC,*
*PHILIPPE NORTH AMERICA RESTAURANTS,*
*LLC, and PHILIPPE RESTAURANT CORP.*
**(VIA CM/ECF)**