UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21893-CIV-HOEVELER

MICHAEL CHOW known as "MR. CHOW",
MR. CHOW ENTERPRISE, LTD., a California Limited Partnership,
MC MIAMI ENTERPRISES, LLC, a Florida Limited Liability Company,
MC TRIBECA, LLC, a New York Limited Liability Company, and
TC VENTURES, INC., a New York Corporation,

    Plaintiffs,

v.

CHAK YAM CHAU,
STRAITS MORFOGEN,
PHILIPPE MIAMI LLC, a Florida Limited Liability Company,
PHILIPPE NORTH AMERICA RESTAURANTS, LLC, a New York Limited Liability Company,
PHILIPPE RESTAURANT CORP., a New York Corporation,

    Defendants.
_____/

### ORDER GRANTING, IN PART, EMERGENCY MOTION

This Cause comes before the Court on the Defendants' Emergency Motion for Protective Order. The Court has reviewed the motion, response, reply, and surreply, and has determined that a brief delay in the taking of Defendants' depositions is appropriate. Thus, it is

ORDERED AND ADJUDGED that Defendants' motion is GRANTED, in part. The depositions scheduled for next week shall be postponed for ten (10) days, or until a date agreed to by all pertinent parties. In the event that the parties' present discovery dispute necessitates the filing of a motion to compel by Defendants, the Court will consider granting a further very brief continuance of the depositions until resolution of

such a motion. The parties are urged to work together cooperatively to resolve their discovery disputes, as this Court will not delay this case without good cause for so doing.

By separate order, the Court will schedule a conference to discuss the parties' Joint Revised Proposed Scheduling Order – any proposed revisions to the dates proposed in that submission should be filed no later than Jan. 15, 2010.

DONE AND ORDERED in Chambers in Miami this 8th day of January 2010.

/s/ Wm M. Hoeveler
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

Copies furnished:
counsel of record