UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-21893-CIV-HOEVELER/TURNOFF

MICHAEL CHOW known as "MR. CHOW", et al,

    Plaintiffs,

vs.

CHAK YAM CHAU et al

    Defendants.
_____/

PHILIPPE CHOW CHAU et al

    Counter-Plaintiffs

vs.

MICHAEL CHOW et al

    Counter-Defendants
_____/

## RICHMAN GREER, P.A.'S AND GREG HERSKOWITZ, P.A.'S <u>UNOPPOSED MOTION TO WITHDRAW AND TO STAY PROCEEDINGS</u>

RICHMAN GREER, P.A. and GREG HERSKOWITZ, P.A. ("Counsel"), hereby request that this Court to allow RICHMAN GREER, P.A. and GREG HERSKOWITZ, P.A. to withdraw as counsel for Defendants/Counterplaintiffs Philippe Chow Chau, Philippe Miami LLC, Philippe North America Restaurants, LLC, Philippe Restaurant Corp., Davé 60 NYC, Inc., Philippe Express, LLC, Philippe West Coast, LLC, and Defendants Stratis Morfogen, David Lee, Costin Dumitrescu, Manny Hailey, Yao Wu Fang, and Ping Ching Kwok (collectively the "Philippe

Defendants"), and to stay these proceedings thirty (30) days so that replacement counsel can be secured, and as grounds therefore allege:

1. Irreconcilable differences have arisen between Counsel and the Philippe Defendants, which make continued representation impossible.

2. Due to irreconcilable differences which have arisen between the undersigned and the Philippe Defendants, Counsel will be unable to effectively and properly continue representing the Philippe Defendants.

3. The undersigned further requests that Counsel be absolved of all further responsibility in the representation of the Philippe Defendants.

4. As required by Fla. R. Jud. Admin. 2.505, this Motion will be served on the Philippe Defendants at the addresses reflected in the Certificate of Service.

5. Furthermore, the undersigned respectfully requests that this litigation be stayed for thirty (30) days as to all of the Philippe Defendants so that they can retain replacement counsel. There are thirteen (13) Philippe Defendants, seven (7) of which are individuals. It is respectfully submitted that a thirty (30) day stay is reasonable and appropriate so that the Philippe Defendants can secure counsel to represent their interests in this litigation.

6. Plaintiffs will not be prejudiced by Counsel's withdrawing from this case. No scheduling order or pretrial deadlines have been entered as of the filing of this Motion.

## LOCAL RULE 7.1(A)(3)

Pursuant to Local Rule 7.1(A)(3), the undersigned certifies that he has conferred with Plaintiffs' counsel Bertram Fields regarding this Motion and can represent that Plaintiffs do not oppose the relief sought herein.

WHEREFORE, the undersigned counsel respectfully requests that this Court allow RICHMAN GREER, P.A. and GREG HERSKOWITZ, P.A. to withdraw as counsel for Defendants/Counterplaintiffs Philippe Chow Chau, Philippe Miami LLC, Philippe North America Restaurants, LLC, Philippe Restaurant Corp., Davé 60 NYC, Inc., Philippe Express, LLC, Philippe West Coast, LLC, and Defendants Stratis Morfogen, David Lee, Costin Dumitrescu, Manny Hailey, Yao Wu Fang, and Ping Ching Kwok for the reasons set forth hereinabove, and to stay this proceeding for thirty (30) days so that replacement counsel can be secured.

Dated: December 10, 2010

Respectfully submitted,

By: /s Lyle E. Shapiro
Lyle E. Shapiro
(Florida Bar No. 120324)
lshapiro@richmangreer.com
Mark A. Romance
(Florida Bar No. 021520)
mromance@richmangreer.com
Ethan J. Wall
(Florida Bar No. 045158)
ewall@richmangreer.com
RICHMAN GREER, P.A.
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

By: /s Greg M. Herskowitz
Greg M. Herskowitz
(Florida Bar No. 118877)
greg@pinecresttitle.com
GREG HERSKOWITZ, P.A.
9130 South Dadeland Boulevard
PH1A
Miami, Florida 33156
Telephone: (305) 423-1258
Facsimile: (305) 670-3884

**RICHMAN GREER, P.A.**

Miami • West Palm Beach

        Matthew A. Cuomo
        Cuomo LLC
        9 E. 38th Street
        New York, NY 10016
        Telephone: 212-448-9933
        Fax: 212- 448-9943
        Email: mcuomo@cuomollc.com

*Attorneys for Philippe Chow, Stratis Morfogen, Philippe Miami LLC, Philippe North America Restaurants, LLC, Philippe Restaurant Corp, Costin Dumitrescu, Manny Hailey, Philippe West Coast LLC, Yao Wu Fang and Ping Ching Kwok*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on December 10, 2010 to the parties listed in the attached Service List in the manner specified.

        By: _____/s Lyle E. Shapiro_____
               Lyle E. Shapiro

## SERVICE LIST
*Michael Chow, et al. v. Chak Yam Chau, et al.*
CASE NO. 09-21893-CIV-HOEVELER/TURNOFF
United States District Court, Southern District of Florida

| | |
|---|---|
| Joan M. Canny, Esquire<br>joan.canny@akerman.com<br>AKERMAN SENTERFITT<br>One Southeast Third Avenue<br>25th Floor<br>Miami, Florida 33131-1714<br>Telephone: (305) 982-5621<br>Facsimile: (305) 374-5095<br>*Attorneys for Plaintiffs/Counterdefendants*<br>**(Via EM/ECF)** | Lyle E. Shapiro, Esquire<br>lshapiro@richmangreer.com<br>Mark A. Romance, Esquire<br>mromance@richmangreer.com<br>Ethan J. Wall, Esquire<br>ewall@richmangreer.com<br>RICHMAN GREER, P.A.<br>Miami Center – Suite 1000<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 373-4000<br>Facsimile: (305) 373-4099<br>*Attorneys for Defendants Chak Yam Chau,*<br>*Stratis Morfogen, Philippe Miami LLC,*<br>*Philippe North America Restaurants, LLC,*<br>*Philippe Restaurant Corp., Philippe West*<br>*Coast, LLC, Costin Dumitrescu, Manny*<br>*Hailey, Yao Wu Fang and Ping Ching Kwok*<br>**(Via EM/ECF)** |
| Michael B. Chesal, Esquire<br>mchesal@pc-iplaw.com<br>PERETZ CHESAL & HERRMANN, P.L.<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone (305) 341-3000<br>Facsimile: (305) 371-6807<br>*Attorneys for Plaintiffs/Counterdefendants*<br>**(Via EM/ECF)** | Greg M. Herskowitz, Esquire<br>greg@pinecresttitle.com<br>GREG HERSKOWITZ, P.A.<br>9130 South Dadeland Boulevard<br>PH1A<br>Miami, Florida 33156<br>Telephone: (305) 423-1258<br>Facsimile: (305) 670-3884<br>*Attorneys for Defendants Chak Yam Chau,*<br>*Stratis Morfogen, Philippe Miami LLC,*<br>*Philippe North America Restaurants, LLC,*<br>*Philippe Restaurant Corp., Philippe West*<br>*Coast, LLC, Costin Dumitrescu and Manny*<br>*Hailey, Yao Wu Fang and Ping Ching Kwok*<br>**(Via EM/ECF)** |

| | |
|---|---|
| Bertram Fields, Esquire<br>bfields@greenbergglusker.com<br>GREENBERG GLUSKER FIELDS *et al*<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067-4590<br>Telephone (310) 553-3610<br>Facsimile (310) 553-0687<br>*Attorneys for Plaintiffs/Counterdefendants*<br>**(Via EM/ECF)** | Mark Cheng<br>1795 Ribbon Fan Lane<br>Naples, Florida 34119<br>**(Via U.S. Mail)** |
| Philippe Chow Chau<br>29 East 61 Street<br>Suite 520<br>New York, New York 10065<br>**(Via U.S. Mail and Email)** | Philippe Restaurant Corp.<br>29 East 61 Street<br>Suite 520<br>New York, New York 10065<br>**(Via U.S. Mail and Email)** |
| Stratis Morfogen<br>29 East 61 Street<br>Suite 520<br>New York, New York 10065<br>**(Via U.S. Mail and Email)** | Davé 60 NYC, Inc.<br>29 East 61 Street<br>Suite 520<br>New York, New York 10065<br>**(Via U.S. Mail and Email)** |
| David Lee<br>29 East 61 Street<br>Suite 520<br>New York, New York 10065<br>**(Via U.S. Mail and Email)** | Philippe Express, LLC<br>29 East 61 Street<br>Suite 520<br>New York, New York 10065<br>**(Via U.S. Mail and Email)** |
| Philippe Miami LLC<br>29 East 61 Street<br>Suite 520<br>New York, New York 10065<br>**(Via U.S. Mail and Email)** | Philippe West Coast, LLC<br>c/o Manny Halley<br>8284 Melrose Avenue<br>West Hollywood, CA 90046-6821<br>**(Via U.S. Mail and Email)** |
| Philippe North America Restaurants, LLC<br>29 East 61 Street<br>Suite 520<br>New York, New York 10065<br>**(Via U.S. Mail and Email)** | Costin Dumitrescu<br>8284 Melrose Avenue<br>West Hollywood, CA 90046-6821<br>**(Via U.S. Mail and Email)** |
| Yao Wu Fang<br> 8811 Mission Drive<br>#3<br>Rosemead, CA 91770<br>**(Via U.S. Mail)** | Manny Hailey<br>8284 Melrose Avenue<br>West Hollywood, CA 90046-6821<br>**(Via U.S. Mail and Email)**<br><br>Ping Ching Kwok<br>30 Montrose Avenue<br>#21B<br>Brooklyn, NY 11206<br>**(Via U.S. Mail)** |

**RICHMAN GREER, P.A.**

Miami • West Palm Beach