IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21893-CIV-HOEVELER/TURNOFF

MICHAEL CHOW known as "MR. CHOW",
ET AL.,

        Plaintiffs,

vs.

CHAK YAM CHAU, ET AL.,

        Defendants.
_____/


## PERETZ CHESAL & HERRMANN, PL'S MOTION TO WITHDRAW

  Please take notice that attorney Michael B. Chesal and the law firm of Peretz Chesal & Herrmann, PL hereby withdraw their appearance as counsel of record for Plaintiffs in the above-captioned case, due to the clients' termination of the attorney-client relationship. The other attorneys who have appeared continue to represent the Plaintiffs, including the law firms of Greenberg Glusker Fields Claman & Machtinger LLP and attorney Bertram Fields.

  Please take further notice that attorney Michael B. Chesal's name should be removed from all applicable service lists herein, and the clerk should terminate the delivery of all CM/ECF notices addressed to mchesal@pc-iplaw.com in the above-captioned case. All remaining attorneys for Plaintiffs should continue to receive notices.

Dated:  December 13, 2010                    Respectfully submitted,

                                                      PERETZ CHESAL & HERRMANN, P.L.
MICHAEL B. CHESAL, ESQ.
Fla. Bar No. 775398
mchesal@pc-iplaw.com
201 South Biscayne Boulevard
Suite 1750
Miami, FL  33131
Telephone:     (305) 341-3000
Facsimile:      (305) 371-6807

By: *s/Michael B. Chesal*
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 13th day of December, 2010, on the attached Service List in the manner specified.

s/Michael B. Chesal

**SERVICE LIST**

**Michael Chow, et. al. v. Chak Yam Chau, et. al.**

**Case No.: CASE NO. 09-21893-CIV-HOEVELER/GARBER
United States District Court, Southern District of Florida**

| | |
|---|---|
| Lyle E. Shapiro, Esq.<br>lshapiro@richmangreer.com<br>Mark A. Romance, Esq.<br>mromance@richmangreer.com<br>Ethan J. Wall, Esq.<br>ewall@richmangreer.com<br>RICHMAN GREER P.A.<br>Miami Center – Suite 1000<br>201 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone:      (305) 373-4000<br>Facsimile:       (305) 373-4099<br><br>*Attorneys for Defendants Chak Yam Chau, Stratis Morfogen, David Lee, Philippe Miami, LLC, Philippe North America Restaurants, LLC and Philippe Restaurant Corp., Davé 60 NYC, Inc., Philippe Express, LLC, Philippe West Coast, LLC, Costin Dumitrescu, Manny Hailey, Yao Wu Fang, and Ping Ching Kwok*<br>**(VIA CM/ECF and US MAIL)** | Greg M. Herskowitz, Esq.<br>greg@pinecresttitle.com<br>GREG HERSKOWITZ, P.A.<br>9130 South Dadeland Boulevard<br>PH1A<br>Miami, Florida  33156<br>Telephone:      (305) 423-1258<br>Facsimile:       (305) 670-3884<br><br>*Attorneys for Defendants Chak Yam Chau, Stratis Morfogen, David Lee, Philippe Miami, LLC, Philippe North America Restaurants, LLC and Philippe Restaurant Corp., Davé 60 NYC, Inc., Philippe Express, LLC, Philippe West Coast, LLC, Costin Dumitrescu, Manny Hailey, Yao Wu Fang, and Ping Ching Kwok*<br>**(VIA CM/ECF and US MAIL)** |
| Matthew A. Cuomo, Esq.<br>mcuomo@cuomollc.com<br>CUOMO, LLC<br>9 East 38th Street<br>New York, New York  10016<br>Telephone:      (212) 448-9933<br>Facsimile:       (212) 448-9943<br><br>*Attorneys for Defendants Chak Yam Chau, Stratis Morfogen, David Lee, Philippe Miami, LLC, Philippe North America Restaurants, LLC and Philippe Restaurant Corp., Davé 60 NYC, Inc., Philippe Express, LLC, Philippe West Coast, LLC, Costin Dumitrescu, Manny Hailey, Yao Wu Fang, and Ping Ching Kwok*<br>**(VIA CM/ECF and US MAIL)** | Mark Cheng, Pro Se<br>1795 Ribbon Fan Lane<br>Naples, Florida 34119<br><br>**(VIA US MAIL)** |

Bertram Fields, Esq.
bfields@greenbergglusker.com
GREENBERG  GLUSKER  FIELDS  CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA  90067-4590
Telephone:	(310) 553-3610
Facsimile:	(310) 553-0687

*Attorneys for Plaintiffs MC Miami Enterprises, LLC, MC Tribeca, LLC, Mr. Chow Enterprises, LTD, TC Ventures, Inc., Michael Chow*
**(VIA CM/ECF and US MAIL)**