UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21893-CIV-HOEVELER/TURNOFF

MICHAEL CHOW known as "MR. CHOW" et al.,

    Plaintiffs,

v.

CHAK YAM CHAU et al.,

    Defendants.
_____

PHILIPPE CHOW et al.,

    Counter-Plaintiffs,

v.

MICHAEL CHOW known as "MR. CHOW" et al.,

    Counter-Defendants.
_____/

## JOINT PROPOSED TRIAL SCHEDULING ORDER
## AND REQUEST FOR STATUS CONFERENCE

The parties, by and through their undersigned counsel, after conferring amongst themselves, jointly submit the following proposed trial scheduling order to the Court and request that the Court hold a status conference for the purpose of entering a trial scheduling order.

1. The parties propose that the trial be specially set for **December 5, 2011**.

2. The parties propose that the following deadlines apply for the remaining pre-trial deadlines:

    - Mediation must be completed by **March 23, 2011**.
    - Disclosure of expert witnesses and reports must be made by **May 31, 2011**.

- Disclosure of rebuttal expert witnesses, if any, and reports must be made by **June 30, 2011**.

- All discovery must be completed by **July 29, 2011**.

- The deadline for filing any summary judgment motions is **September 2, 2011**.

- The Joint Pre-Trial Stipulation shall be filed by **September 16, 2011**.

- The Court will hold a final pretrial conference thereafter in October 2011.

WHEREFORE, the parties respectfully request that the Court hold a status conference, and enter a Trial Scheduling Order along the lines set forth above, or suitable to the Court's schedule and availability, be entered by the Court.

Dated: February 23, 2011

Respectfully submitted,

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
Bertram Fields, Esq. (*pro hac vice*)
E-mail: bfields@greenbergglusker.com
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA  90067-4590
Telephone:     (310) 553-3610
Facsimile:     (310) 553-0687

COLSON HICKS EIDSON
Roberto Martinez, Esq.
E-mail: bob@colson.com
Curtis Miner, Esq.
E-mail: curt@colson.com
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Telephone:     (305) 476-7400
Facsimile:     (305) 476-7444

By: ___s/ Curtis Miner_____
      Curtis Miner, Esq.
      (Florida Bar No. 885681)

*Attorneys for Plaintiffs Michael Chow, et al.*

Anthony Accetta, Esq.
Law Office of Anthony Accetta P.A.
1 SE 3rd Ave Suite 2920
Miami, FL 33131
Telephone:     (305) 579-0100
Facsimile:      (305) 579-0104
E-Mail: aaesq6@aol.com


By:_____s/ Anthony Acetta_____
          Anthony Accetta, Esq.
          (Fla. Bar No. 0148318)

*Attorneys for Defendants Chak Yam Chau, Stratis Morfogen, David Lee, Philippe Miami LLC, Philippe North America Restaurants, LLC, and Philippe Restaurant Corp., Davé 60 NYC, Inc., Philipe Express, LLC, Philippe West Coast, LLC, Costin Dumitrescu, Manny Hailey, Yao Wu Fang, and Ping Ching Kwok*


### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on February 23, 2011, via CM/ECF on all counsel of record.


  __s/Curtis Miner_____
     Curtis Miner, Esq.

## SERVICE LIST
### Michael Chow, et. al. v. Chak Yam Chau, et. al.
### Case No. 09-21893-Civ-Hoeveler/Turnoff
### United States District Court, Southern District of Florida

Matthew A. Cuomo, Esq.
mcuomo@cuomollc.com
CUOMO, LLC
9 East 38th Street
New York, New York  10016
Telephone:     (212) 448-9933
Facsimile:     (212) 448-9943

*Pro hac vice*

Vincent J. Ancona, Esq.
Ancona and Associates
220 Old Country Road
Mineola, New York 11501
Telephone:     (516) 739-1803
E-Mail: vja@anconalaw.com

*Pro hac vice*

*Attorneys for Defendants Chak Yam Chau, Stratis Morfogen, David Lee, Philippe Miami LLC, Philippe North America Restaurants, LLC, and Philippe Restaurant Corp., Davé 60 NYC, Inc., Philipe Express, LLC, Philippe West Coast, LLC, Costin Dumitrescu, Manny Hailey, Yao Wu Fang, and Ping Ching Kwok*
**Via CM/ECF**

Mark Cheng, *Pro Se*
1795 Ribbon Fan Lane
Naples, Florida  34119
**Served via U.S. Mail**

Sun Chun Hui
1410 West 7 Street
Brooklyn NY 11204
**Served via U.S. MAIL**

4