UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21893-CIV-HOEVELER/GARBER

MICHAEL CHOW known as "MR. CHOW" *et al.,*

    Plaintiffs,

v.

CHAK YAM CHAU *et al.,*

    Defendants.

_____/

**JOINT MOTION TO CONTINUE DATE OF PRETRIAL
CONFERENCE AND TO SET CERTAIN OTHER PRETRIAL DEADLINES**

Plaintiffs make this agreed motion to continue the date for the Pretrial Confeence in this matter and to set certain other pretrial deadlines for the parties. Plaintiffs' counsel has conferred with defense counsel and is authorized to make this request on a joint basis. In support of this motion, Plaintiffs state as follows:

1.    The trial in this matter is specially set to begin on January 23, 2012.

2.    The Pretrial Conference is currently set for December 5, 2011. That date, in turn determines when certain other pre-trial deadlines are triggered under the Local Rules, and in particular the date for the parties' Joint Pretrial Stipulation and Exhibit and Witness Lists. Although the parties were the ones who initially proposed this date to the Court, they now believe that the Pretrial Conference would take place too early in light of the January 23 trial date. Accordingly, the parties respectfully request that the Pretrial Conference be re-scheduled for the week of January 2, 2012 – a date closer in time to the trial date.

3. In addition, for the sake of clarity on certain remaining pretrial deadlines, the parties ask that the Court enter the attached proposed order setting the following pretrial deadlines for the parties to follow:

- **September 16, 2011**    Deadline for the filing of any summary judgment motions
- **October 14, 2011**    Deadline for responses to any summary judgment motions
- **November 30, 3011**    Discovery cut-off (both fact and expert)
- **December 16, 2011**    Deadline to file Joint Pretrial Stipulation and deadline for filing motions *in limine* (including *Daubert*-type motions)

4. The requested schedule will have no impact on the trial date, and the summary judgment motions (if any) will be fully briefed in October, well in advance of the trial date in late January 2012.

WHEREFORE, Plaintiffs respectfully request that the Court enter the attached proposed Order setting the pretrial deadlines set forth above.

### Local Rule 7.1 Conference Statement

As noted above, undersigned counsel has conferred with Defendants' counsel regarding this proposed schedule, and Defendants' counsel has agreed to the requested schedule.

>Respectfully submitted,
>
>COLSON HICKS EIDSON
>Roberto Martínez, Esq.
>Curtis B. Miner, Esq.
>255 Alhambra Circle, Penthouse
>Coral Gables, Florida 33134
>Tel. (305) 476-7400
>Fax. (305) 476-7444
>
>By: ___s/ Curtis B. Miner_____
>         Curtis B. Miner  (FBN# 885681)
>         E-Mail: curt@colson.com

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I HEREBY CERTIFY that on this 24th day of August 2011, I filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

*s/ Curtis B. Miner*_____
Curtis B. Miner

## SERVICE LIST

*Michael Chow, et al. v. Chak Yam Chau, et al.*

**Case No. 09-21893-CIV-HOEVELER/GARBER**
**United States District Court, Southern District of Florida**

| | |
|---|---|
| Anthony Accetta, Esq.<br>aaesq6@aol.com<br>Suntrust International Center<br>One SE 3rd Avenue<br>Suite 2920<br>Miami, Florida 33131<br>Telephone: (305) 579-0100<br>Fax: (305) 579-0104<br><br>*Attorneys for Philippe Chow, Straits Morfogen, David Lee, Philippe Miami LLC, Philippe North America Restaurants, LLC, Philippe Restaurant Corp., Dave NY 60, Inc., Philippe Express LLC, Costin Dumitrescu, Manny Hailey, Philippe West Coast LLC, Yao Wu Fang, and Ping Ching Kwok*<br>**(Via CM/ECF)** | Greg M. Herskowitz, Esq.<br>greg@pinecresttitle.com<br>GREG HERSKOWITZ, P.A.<br>9130 South Dadeland Boulevard<br>PH1A<br>Miami, Florida 33156<br>Telephone: (305) 423-1258<br>Facsimile: (305) 670-3884<br><br>*Attorneys for Philippe Chow, Straits Morfogen, David Lee, Philippe Miami LLC, Philippe North America Restaurants, LLC, Philippe Restaurant Corp., Dave NY 60, Inc., Philippe Express LLC, Costin Dumitrescu, Manny Hailey, Philippe West Coast LLC, Yao Wu Fang, and Ping Ching Kwok*<br>**(Via CM/ECF)** |