UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21893-CIV-HOEVELER

MICHAEL CHOW, known as "MR. CHOW,"
MR. CHOW ENTERPRISES, LTD.,
MC MIAMI ENTERPRISES, LLC, and
TC VENTURES, INC.,

    Plaintiffs,

v.

CHAK YAM CHAU,
STRATIS MORFOGEN,
DAVID LEE,
MANNY HAILEY,
PHILIPPE MIAMI LLC,
DAVÉ 60 NYC, INC.,
PHILIPPE EXPRESS LLC, and
PHILIPPE WEST COAST LLC,

    Defendants.
_____/

**VERDICT FORM**

WE THE JURY FIND AS FOLLOWS:

## LIABILITY

On each of the following claims, we find in favor of (check either Plaintiffs or Defendants):

**Plaintiffs' Claim for Trademark Infringement**

_____ Plaintiffs          \_\_\_✓\_\_\_ Defendants

**Plaintiffs' Claim for Unfair Competition by Trade Name Infringement**

_____ Plaintiffs          \_\_\_✓\_\_\_ Defendants

**Plaintiffs' Claim for Unfair Competition by Trade Dress Infringement**

_____ Plaintiffs          \_\_\_✓\_\_\_ Defendants

**Plaintiffs' Claim for False Advertising**

\_\_\_✓\_\_\_ Plaintiffs          _____ Defendants

**Plaintiffs' Claims for Unfair Competition by Deceptive Conduct**

\_\_\_✓\_\_\_ Plaintiffs          _____ Defendants

**Plaintiffs' Claim for Unfair or Deceptive Practices in Violation of the Florida Deceptive and Unfair Trade Practices Act**

_____ Plaintiffs          \_\_\_✓\_\_\_ Defendants

**Plaintiffs' Claim for Unfair Business Practices in Violation of the California Business & Professions Code**

_____ Plaintiffs          \_\_\_✓\_\_\_ Defendants

**Plaintiffs' Claim for Conversion of Intellectual Property**

_____ Plaintiffs          \_\_\_✓\_\_\_ Defendants

## DAMAGES

If you find in favor of the Plaintiffs on any of the above claims, you should proceed to determine the damages, if any, suffered by each restaurant. If you do not find in favor of the Plaintiffs on any of the above claims, then you do not need to determine damages.

**Mr. Chow Restaurant
New York City (57th Street)**

Damages $ 520,451.00

We find the following Defendants responsible for these damages (place an X or √ mark):

\_\_\_\_    Stratis Morfogen

\_\_\_\_    Philippe Chow Chau

\_\_\_\_    David Lee

√    Davé 60 NYC, Inc.

## Mr. Chow Restaurant
## Miami Beach

**Damages** $ ⌀

We find the following Defendants responsible for these damages (place an X or √ mark):

\_\_\_\_\_   Stratis Morfogen

\_\_\_\_\_   Philippe Chow Chau

\_\_\_\_\_   David Lee

\_\_\_\_\_   Philippe Miami LLC

## Mr. Chow Restaurant – Beverly Hills, California

Damages $ _____0_____

We find the following Defendants responsible for these damages (place an X or √ mark):

    ____    Stratis Morfogen

    ____    Philippe Chow Chau

    ____    David Lee

    ____    Manny Hailey

    ____    Philippe West Coast LLC

## Michael Chow (individually)

**Damages** $ 500,000.00

We find the following Defendants responsible for these damages (place an X or √ mark):

- √   Stratis Morfogen
- ___  Philippe Chow Chau
- ___  David Lee
- ___  Manny Hailey
- ___  Davé 60 NYC, Inc.
- ___  Philippe Miami LLC
- ___  Philippe West Coast LLC

## Punitive Damages

If you find in favor of the Plaintiffs on one of the following claims, you may proceed to determine whether punitive damages should be awarded on those claims: **unfair competition, conversion**. Punitive damages may not be awarded by the jury on Plaintiffs' claims other than those for unfair competition, and conversion. So if you do not find in favor of the Plaintiffs on one or more of those claims, you should skip this section.

**Punitive Damages** $ _____Ø_____

We find the following Defendants responsible for these punitive damages (place an X or √ mark):

- _____ Stratis Morfogen
- _____ Philippe Chow Chau
- _____ David Lee
- _____ Davé 60 NYC, Inc.
- _____ Philippe Miami LLC
- _____ Philippe West Coast LLC

## Defendants' Counterclaims

On the following claim, we find in favor of (place a check by the party you find in favor of):

**Defendant Philippe Chow Chau's Counterclaim for Defamation Per Se**

_____ Philippe Chow Chau           \_\_\_√\_\_\_\_\_ Michael Chow
 and his restaurants                             and his restaurants

## Damages

If you find in favor of Philippe Chow Chau on the counterclaim for defamation, you should proceed to determine the damages, if any. If you do not find in favor of Philippe Chow Chau on this counterclaim, then you do not need to determine damages.

Damages  $\_\_\_Ø\_\_\_\_\_

## Punitive Damages

If you find in favor of Philippe Chow Chau on the counterclaim for defamation, you may proceed to determine whether punitive damages should be awarded on that claim.

Punitive Damages  $\_\_\_Ø\_\_\_\_\_

On the following claim, we find in favor of (place a check by the party you find in favor of):

**Defendant Philippe Chow Chau's Counterclaim for Deregistration of the "Mr. Chow" Trademark**

_____ Philippe Chow Chau
          and his restaurants

\_\_\_✓\_\_\_\_\_ Michael Chow
          and his restaurants

SO SAY WE ALL:



FOREPERSON

2/23/2012

DATE