**Plaintiff MICHEAL CHOW  Awarded $500,000.00 Against Defendant STRATIS MORFOGEN (ONLY)  for Counts (IV & IX)**

| Plaintiff<br>**MICHAEL CHOW**<br>vs.<br><br>**Defendant**<br>**STRATIS MORFOGEN** | **Count I**<br>**Federal Trademark Infringement** | **Count II**<br>**Federal Trademark Infringement Based on Reverse Confusion and Reverse Palming Off under 15 U.S.C. 1125(a)** | **Count III**<br>**False Association/False Designation of Origin and Federal Unfair Competition** | **Count IV**<br>**False Advertising under 15 U.S.C. 1125(a)** | **Count VI - IX**<br>**Common Law Unfair Competition** | **Count X**<br>**Misappropriation of Trade Secrets under New York Law** |
|---|---|---|---|---|---|---|
|  | Jury Verdict in Defendants' favor on February 23, 2012 Document No. 349 | Jury Verdict in Defendants' favor on February 23, 2012 Document No. 349 | Jury Verdict in Defendants' favor on February 23, 2012 Document No. 349 | Jury Verdict awarding $500,000.00 against Stratis Morfogen Document No. 349 | Jury Verdict awarding $500,000.00 against Stratis Morfogen Document No. 349 | Motion for Directed Verdict in Defendants' favor |

| Plaintiff<br>**MICHAEL CHOW**<br>vs.<br><br>**Defendant**<br>**STRATIS MORFOGEN** | **Count XI**<br>**Violation of Florida Deceptive and Unfair Trade Practices Act Fla. Stat. 501.201 et. seq.** | **Count XII**<br>**Conversion** | **Count XIII**<br>**Violation of California Business and Professions Code** | **Count XIV**<br>**Tortious Interference** | **Count XVI**<br>**Inducing Breach of Contract** |
|---|---|---|---|---|---|
|  | Partial Summary Judgment granted on January 20, 2012 Document No. 292. Jury Verdict in Defendants' favor on February 23, 2012 Document No. 349 | Jury Verdict in Defendants' favor on February 23, 2012 Document No. 349 | Partial Summary Judgment granted on January 20, 2012 Document No. 292. Jury Verdict in Defendants' favor on February 23, 2012 Document No. 349 | Summary Judgment granted on January 20, 2012 Document No. 292 | Dismissed on January 23, 2012 Document No. 297 |