UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21893-CIV-HOEVELER/TURNOFF

MICHAEL CHOW known as "MR. CHOW", *et al.*,

    Plaintiffs/Counter-Defendants,

v.

CHAK YAM CHAU, *et al.*,

    Defendants/Counter-Plaintiffs.
_____/

## ORDER PURSUANT TO MANDATE

THIS CAUSE comes before the Court on the mandate of the Court of Appeals, issued February 18, 2014. On January 10, 2014, the Court of Appeals affirmed this Court's prior rulings in all respects other than the Court's decision to set aside the jury's verdict awarding $500,000 in damages to Plaintiff Michael Chow, individually, from Defendant Stratis Morfogen. Consistent with the direction of the Court of Appeals, it is

ORDERED AND ADJUDGED that the jury's finding in favor of Michael Chow and against Stratis Morfogen in the amount of $500,000 is hereby reinstated. Judgment will be entered by separate document. As the remand also permitted "other proceedings consistent with this opinion," the Court now hereby finds that Plaintiff Michael Chow is a "prevailing party" and Defendant Stratis Morfogen is not a "prevailing party" for the purposes of an award of costs as to these claims.

The Court previously determined that Plaintiff TC Ventures, Inc., was entitled to its costs of suit pursuant to 15 U.S.C. § 1117(a), 28 U.S.C. § 1920, and Fed. R. Civ. P. 54(d), and now also finds that Plaintiff Michael Chow is entitled to


costs on the same basis - in light of these Plaintiffs' successful prosecution of their claims for false advertising (Count IV) and unfair competition by deceptive conduct. All relevant Plaintiffs also are entitled to the costs of defending against the Counterclaims. The Court also previously determined that Defendants, other than Defendant Davé 60 and now also Defendant Stratis Morfogen, were entitled to their costs of suit pursuant to Fed. R. Civ. P. 54(d), Florida Deceptive and Unfair Trade Practices Act, California Business and Professions Code, and New York trade secrets law - as Plaintiffs did not succeed as to any claims against these other Defendants.

To the extent that any party seeks to amend their motion for costs in light of the Court's ruling, above (i.e., the determination that Plaintiff Michael Chow is a prevailing party and that Defendant Stratis Morfogen is not a prevailing party as to the claims of false advertising and unfair competition by deceptive conduct), they shall do so no later than fifteen (15) days from the date of this Order.[1]

DONE AND ORDERED in chambers this 7 day of March, 2014.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

Copies furnished:
 Bertram H. Fields
 Curtis B. Miner
 Anthony Accetta
 Vincent J. Ancona
 Rosemary Wilder

---

[1] As this Court already has determined the question of entitlement to costs, the parties shall direct their briefing solely to the question of the specific amount of the costs to be awarded.