UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21893-CIV-HOEVELER

MICHAEL CHOW known as
"MR. CHOW", *et al.*,

     Plaintiffs,

v.

CHAK YAM CHAU, et al.,

     Defendants.

_____/

## FINAL JUDGMENT ON COSTS FOR CERTAIN
## PLAINTIFFS AND PLAINTIFF/COUNTER-DEFENDANTS

Pursuant to this Court's Amended Order on Fees and Costs entered on the docket on September 29, 2014, it is

ORDERED AND ADJUDGED that Final Judgment be and it is hereby entered in favor of Plaintiffs T.C. VENTURES, INC. and MICHAEL CHOW, jointly, against Defendants DAVÉ 60 NYC, INC. and STRATIS MORFOGEN, jointly and severally, for costs in the total amount of EIGHT THOUSAND DOLLARS ($8,000), for which sum let execution issue.  In addition, it is

ORDERED AND ADJUDGED that Final Judgment be and it is hereby entered in favor of Plaintiffs/Counter-Defendants MICHAEL CHOW, MR. CHOW ENTERPRISES, LTD., MC MIAMI ENTERPRISES, LLC, MC TRIBECA, LLC, and T.C. VENTURES, INC., jointly, against Counter-

Plaintiffs PHILIPPE CHAU CHOW,[1] PHILIPPE MIAMI LLC, PHILIPPE RESTAURANT CORP., PHILIPPE WEST COAST LLC, and DAVÉ 60 NYC, INC., jointly and severally, for costs in the total amount of EIGHT THOUSAND, ONE HUNDRED AND FIFTY DOLLARS ($8,150), for which sum let execution issue.

Interest on this Final Judgment for costs shall accrue from the date of the entry of the Court's Amended Order on Fees and Costs (September 29, 2014), at the statutory rate as set forth in 28 U.S.C. § 1961.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this 29th day of September, 2014.

WILLIAM M. HOEVELER
SENIOR U.S. DISTRICT JUDGE

Copies furnished to:

Rosemary Wilder, Esq.
Anthony Accetta, Esq.
Curtis B. Miner, Esq.
Bertram Fields, Esq.
Vincent J. Ancona, Esq.

---

[1] The Court is advised that Defendant Chak Yam Chau is now known as Philippe Chau Chow.